# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| PERFECTION FENCE CORP. and PERFECTION BUILDING PRODUCTS, INC. ) ) ) ) | ) |
| Plaintiffs ) | Civil Action No. 3:05 CV 01322 MRK |
| v. ) ) ) | |
| PGP GROUP, LLC ) d/b/a ATLAS COMPANIES ) | January 31, 2006 |
| Defendant ) ) | |

**CONSENT MOTION FOR ENTRY OF STIPULATED CONSENT JUDGMENT**

On behalf of both parties, defendant PGP Group, LLC d/b/a Atlas Companies respectfully requests entry of the attached Stipulated Consent Judgment.

Defendant has inquired of plaintiffs' counsel with respect to this motion, and plaintiffs' counsel has agreed.

2

        Respectfully submitted,

        **PGP GROUP, LLC**
        **d/b/a ATLAS COMPANIES**

        By:  \_\_/s/_____
        Peter W. Peterson (ct00689)
        Anthony P. DeLio (ct06035)
        Robert Curcio (ct18791)
        DeLio & Peterson LLC
        121 Whitney Ave.
        New Haven, CT 06510
        Tel: 203-787-0595
        Fax: 203-787-5818
        Email: efilings@delpet.com

        Attorneys for Defendant

pgpg901consent_mot_estip_judg.doc

**CERTIFICATE OF SERVICE**

  This hereby certifies that the foregoing CONSENT MOTION FOR ENTRY OF STIPULATED CONSENT JUDGMENT was mailed this <u>31st</u> day of January, 2006, by U.S. Postal first class mail, postage pre-paid to:

    Francis J. Sally (phv0512)
    Andrea Peraner-Sweet
    Elizabeth J. Koenig (phv0510)
    SALLY & FITCH LLP
    225 Franklin St.
    Boston, MA 02110
    Tel: 617-542-5542
    Fax: 617-542-1542
    Email: fjs@sally-fitch.com

    Lewis H. Chimes (ct07023)
    Robert A. Richardson (ct09818)
    David C. Nelson (ct25640)
    GARRISON, LEVIN-EPSTEIN,
    CHIMES & RICHARDSON, P.C.
    405 Orange St.
    New Haven, CT 06511
    Tel: 203-777-4425
    Fax: 203-776-3965
    Email: lchimes@garrisonlaw.com

    Attorneys for Plaintiffs

          By:_____
            Peter W. Peterson
            Fed. Bar No: CT00698